IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HQ SPECIALTY PHARMA CORP. and<br>WG CRITICAL CARE, LLC,<br><br>           Plaintiffs,<br><br>      v.<br><br>FRESENIUS KABI USA, L.L.C.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 21-1714 (MN)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES

Plaintiffs HQ Specialty Pharma Corp and WG Critical Care, LLC ("HQ") move for an order to exempt Steven Lieberman, Sharon L. Davis, Jenny L. Colgate, and Kristen J. Logan from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, HQ states as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A pretrial conference is scheduled for July 23, 2024 in Courtroom 4A.

3. Counsel for HQ Steven Lieberman, Sharon L. Davis, Jenny L. Colgate, and Kristen J. Logan will be attending the pretrial conference and will require access to their electronic devices.

Mr. Lieberman, Ms. Davis, Ms. Colgate, and Ms. Logan have been admitted pro hac vice in this matter, but they do not have access to a state-issued bar card.

WHEREFORE, HQ respectfully requests that the Court issue an order to exempt Mr. Lieberman, Ms. Davis, Ms. Colgate, and Ms. Logan from the District of Delaware's May 17, 2024 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs HQ Specialty Pharma Corp and WG Critical Care, LLC*

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
Jenny L. Colgate
Kristen J. Logan
An Nguyen
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC  20001
(202) 783-6040

July 19, 2024

IT IS SO ORDERED this 19th day of July 2024.

_____
The Honorable Maryellen Noreika
United States District Judge