**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.  21-cv-1714-MN |
| v. | ) ) | |
| FRESENIUS KABI USA, LLC, | ) ) | |
| Defendant. | ) ) | |

**ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES**

WHEREAS, the Court has considered the parties Motion requesting an exemption of persons from the District of Delaware's May 17, 2024 Standing Order regarding Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1.    The Exemption is GRANTED.

2.    For purposes of the pretrial conference in the above-captioned case, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

- William A. Rakoczy

- Heinz J. Salmen

- Natasha L. White

- Eric R. Hunt

- Matthew V. Anderson

- Ty Callahan

3.    The persons listed in Paragraph 2 shall present this Order, along with a valid photographic ID, to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

IT IS SO ORDERED this 22nd day of July 2024.

_Maryellen Noreika_

The Honorable Maryellen Noreika
United States District Judge