IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HQ SPECIALTY PHARMA CORP. and<br>WG CRITICAL CARE, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>FRESENIUS KABI USA, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 21-1714 (MN)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT REGARDING MEDIATION

Pursuant to the Court's July 18, 2024 Oral Order (D.I. 222), the parties hereby submit this Joint Statement regarding the parties' additional mediation efforts.

The parties engaged in a second round of formal mediation on August 5, 2024, before the Honorable Gregory M. Sleet. Lead counsel for each party attended the mediation, including Steven Lieberman (lead counsel) and Sharon Davis representing Plaintiffs HQ Specialty Pharma Corp. and WG Critical Care, LLC and William A. Rakoczy (lead counsel) for Defendant Fresenius Kabi USA, LLC. In-house counsel and the President of WG Critical Care, LLC from Plaintiffs and in-house counsel from Defendant also attended the mediation. The mediation session lasted for approximately four hours. Lead counsel for Plaintiffs HQ Specialty Pharma Corp. and WG Critical Care, LLC and Defendant Fresenius Kabi USA, LLC certify that they engaged in the mediation efforts in good faith, but the parties were not able to resolve the matter.

Case 1:21-cv-01714-MN   Document 245   Filed 08/19/24   Page 2 of 2 PageID #: 10064

<table>
<tr><td>

Morris, Nichols, Arsht & Tunnell LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs HQ Specialty Pharma Corp. and WG Critical Care, LLC*

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
Jenny L. Colgate
Kristen J. Logan
An Nguyen
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC  20001
(202) 783-6040

</td><td>

Farnan LLP

*/s/ Michael J. Farnan*

Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 777-300
bfarnan@farnalaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant Fresenius Kabi USA, LLC*

OF COUNSEL:

William A. Rakoczy
Heinz J. Salmen
Eric R. Hunt
Matthew V. Anderson
Kevin P. Burke
Ty W. Callahan
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL  60654
(312) 222-6301

</td></tr>
</table>

August 19, 2024