IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HQ SPECIALTY PHARMA CORP. and<br>WG CRITICAL CARE, LLC,<br><br>     Plaintiffs,<br><br>  v.<br><br>FRESENIUS KABI USA, LLC,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 21-1714 (MN)<br>)<br>)<br>)<br>)<br>) |

## VERDICT FORM

**Instructions:** In answering the following questions and completing this Verdict Form, you are to follow the directions provided throughout the form and all of the instructions I have given you in the Court's jury charge. Your answer to each question must be unanimous. Please refer to the Final Jury Instructions for guidance on the law applicable to each question.

As used herein:

1. The "'646 Patent" refers to U.S. Patent No. 10,130,646. This patent has also been referred to as the "Asserted Patent" or the "Patent-in-Suit."

2. "Plaintiffs" refers collectively to plaintiffs HQ Specialty Pharma Corp. ("HQ") and WG Critical Care, LLC ("WG Critical Care").

3. "Fresenius" refers to defendant Fresenius Kabi USA, LLC.

## QUESTION 1: INVENTORSHIP

Did Fresenius prove, by clear and convincing evidence, that any of the following claims of the '646 Patent is invalid for improper inventorship?

|  | YES (finding for Fresenius) | NO (finding for HQ and WG Critical Care) |
|---|---|---|
| Claim 1 |  | ✓ |
| Claim 2 | ✓ |  |
| Claim 3 | ✓ |  |

***Please answer Question 2.***

## QUESTION 2: OBVIOUSNESS

Did Fresenius prove, by clear and convincing evidence, that any of the following claims of the '646 Patent is invalid as obvious in light of the prior art and the knowledge of a person of ordinary skill in the art?

| | YES<br>(finding for Fresenius) | NO<br>(finding for HQ and WG Critical Care) |
|---|---|---|
| Claim 1 | | ✓ |
| Claim 2 | | ✓ |
| Claim 3 | | ✓ |

*If you answered "Yes" to Question 1 for any claim, or if you answered "Yes" to Question 2 for all claims, proceed to page 5.*

*If you answered "No" to Question 1 for all claims and if you also answered "No" to Question 2 for any or all claims, please answer Question 3.*

## QUESTION 3: DAMAGES

What amount of lost profits, if any, did WG Critical Care prove by a preponderance of the evidence that it is entitled to recover for infringement of the '646 Patent?

$_____

For any sales of Fresenius' product for which you determine WG Critical Care is not entitled to lost profits, what amount of a reasonable royalty did Plaintiffs prove by a preponderance of the evidence that they are entitled to?

$_____

*Please proceed to page 5.*

## UNANIMOUS VERDICT

*Upon reaching a unanimous verdict on each question above, each juror must sign below, and the foreperson should add the date.*

We, the jury, unanimously agree to the answers to the above questions and return them under the instructions of this Court as our verdict in this case.

Foreperson 

Juror

Juror

Juror

Juror

Juror

Juror

Juror

August 30 2024.